# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DONNA L. AKERS,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3247 |
| | ) | |
| V. | ) | |
| | ) | |
| **BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA-LINCOLN,** | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Leave for Joinder of Additional Defendants and to Amend and Supplement Complaint (filing 38). Defense counsel has advised the court that Defendant does not object to the Motion.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Leave for Joinder of Additional Defendants and to Amend and Supplement Complaint (filing 38) is granted.

**DATED November 21, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**