IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONNA L. AKERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3247 |
| | ) | |
| V. | ) | |
| | ) | |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA-LINCOLN, TIMOTHY CLARE, individually and in his capacity as a voting member of the Board of Regents, RANDOLPH FERLIC, individually and in his capacity as a voting member of the Board of Regents, CHUCK HASSEBROOK, individually and in his capacity as a voting member of the Board of Regents, HOWARD HAWKS, individually and in his capacity as a voting member of the Board of Regents, JIM MCCLURG, individually and in his capacity as a voting member of the Board of Regents, BOB PHERES, individually and in his capacity as a voting member of the Board of Regents, KENT SCHRODER, individually and in his capacity as a voting member of the Board of Regents, and BOB WHITEHOUSE, individually and in his capacity as a voting member of the Board of Regents, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The parties' Joint Motion to Extend Deadline for Disclosing Experts, (filing no. 62) is granted.

IT IS ORDERED:

1) The deadlines for disclosure of experts and, unless otherwise agreed, the deadline for **complete expert disclosures**, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R.Civ. P. 26(a)(2)(C)), are:

   | | |
   |---|---|
   | Experts for all parties: | March 15, 2012. |
   | Rebuttal experts for all parties: | April 16, 2012. |

2) All other deadlines set forth in the Order Setting Final Schedule for Progression of a Civil Case, (filing no. 54), remain the same.

DATED this 16th day of February, 2012.

BY THE COURT:

*S/ Cheryl R. Zwart*

United States Magistrate Judge