IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONNA L. AKERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3247 |
| | ) | |
| v. | ) | |
| | ) | |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA-LINCOLN, et. al., | ) ) ) | AMENDED PROGRESSION ORDER |
| | ) | |
| Defendants. | ) | |

The Joint Motion to Extend Discovery Deadlines and Progression of Case (Filing 68) is granted.

IT IS ORDERED:

a. The deadline for filing motions to dismiss and motions for summary judgment is **July 13, 2012.**

b. All depositions, whether or not they are intended to be used at trial, shall be completed by **June 22, 2012.**

c. All interrogatories, requests for admission and request for production or inspection, whether or not they are intended to be used for trial, shall be served sufficiently early to allow rule time response **before the deposition deadline**. Counsel may stipulate to extension of time to respond to discovery requests in accordance with Fed. R. Civ. P. 29, but such extensions shall not extend any of the dates in this order; any request to extend the deadlines of this order shall be sought by motion.

d. Motions in limine challenging the admissibility of expert testimony at trial under Fed. R. Evid. 702, see *Kumho Tire Co., Ltd. V. Carmichael*, 526 U.S. 137 (1999), and *Daubert v. Merrell-Dow Pharmaceuticals*, 509 U.S. 579 (1993), shall be filed by **July 13, 2012** and accompanied by a request for a hearing if necessary. Failure to timely move for a hearing may constitute waiver of the request for a hearing.

e. All other dates in the Court's Order setting Final Schedule for Progression of Case (Filing 54) shall remain the same.

DATED this 2nd day of May, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge