IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONNA L. AKERS, | |
| Plaintiff, | 4:10-CV-3247 |
| vs. | |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA-LINCOLN, et al., | JUDGMENT |
| Defendants. | |

    Upon the parties' Joint Stipulation for Dismissal with Prejudice (filing 76), this action is dismissed with prejudice, each party to bear its own costs and attorney fees.

    Dated this 1st day of November, 2012.

                                      BY THE COURT:

                                      John M. Gerrard
                                      United States District Judge